## MASON v. STATE.

No. 19927.

Court of Criminal Appeals of Texas.

June 15, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is arson; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.